Page 1

1  UNITED STATES BANKRUPTCY COURT
   SOUTHERN DISTRICT OF FLORIDA
2  WEST PALM BEACH DIVISION

3
                                    CASE NO. 10-36036-PGH
4

5  IN RE:

6  EDWARD JOHN DOLAN and
   LORI ANN DOLAN,
7
        Debtors.
8  _____/

9

10

11    MOTION FOR ORDER TO SHOW CAUSE FILED BY CREDITOR
             CARRINGTON MORTGAGE SERVICES (62)
12
                          June 3, 2015
13        The above-styled cause came on for hearing

14 before the HONORABLE PAUL G. HYMAN, JR., Chief Judge

15 of the United States Bankruptcy Court, in and for the

16 Southern District of Florida, at 1515 North Flagler

17 Drive, West Palm Beach, Palm Beach County, Florida on

18 Wednesday, June 3, 2015, commencing at or about 10:00

19 a.m., and the following proceedings were had:

20           Transcribed by:  Anna M. Meagher

21

22

23

24

25

1            APPEARANCES:
2
             MICHAEL E. ZAPIN, ESQUIRE
3            on behalf of the Debtors.
4
             PETER D. SPINDEL, ESQUIRE
5       on behalf of the Ticktin Law Group.
6
             THE TICKTIN LAW GROUP, by
7              PETER TICKTIN, ESQUIRE
        on behalf of the Ticktin Law Group.
8
9              ADAM DIAZ, ESQUIRE
   on behalf of Carrington Mortgage Services.
10
11                - - - - - -
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1        THE COURT: Dolan, Edward and Lori Dolan.
2        MR. DIAZ: Good morning, your Honor. Adam
3    Diaz on behalf of the creditor.
4        MR. SPINDEL: Peter Spindel on behalf of the
5    Ticktin Law Group, your Honor. Good morning.
6        THE COURT: Good morning.
7        MR. SPINDEL: And Michael Vatter (phonetic).
8        MR. ZAPIN: Good morning, your Honor.
9    Michael Zapin on behalf of the debtors, Edward and
10   Lori Dolan.
11       THE COURT: Okay.
12       MR. DIAZ: Your Honor, this is the creditor's
13   motion to reset the order to show cause. As your
14   Honor is aware, there was a hearing in this case on
15   our motion to compel, surrender the property. In
16   response to that motion, this Court entered an order
17   to show cause. That order to show cause was set for
18   hearing on April 29, 2015.
19       It was discharged by order of this Court,
20   because there was a notice of appeal filed by
21   Mr. Spindel on behalf of Ticktin, Mr. Vader
22   (phonetic), and the Dolans. That appeal has now been
23   dismissed, and we would like to reset the order to
24   show cause for this Court.
25       MR. SPINDEL: Judge, Peter Spindel,

1  S-P-I-N-D-E-L, on behalf of the Ticktin Law Group.
2      Judge, originally we had filed a response
3  when the order to show cause had been entered that we
4  didn't get any due notice of the original motion to
5  reopen the case in order to seek sanctions.  As soon
6  as we did get that notice, Judge, and that notice had
7  been served on us effectively under the Code and under
8  Florida rules, we withdrew our answer and affirmative
9  defenses in the state court proceeding, and we gave
10 notice to this Court that we did so.
11     And, therefore, Judge, we have complied with
12 the order of this Court, which order came down without
13 any notice to us that this case was going to be
14 reopened.  And, therefore, Judge, under the
15 circumstances, because we have complied to the letter
16 of that order, we would request that the -- that the
17 motion be denied.
18     THE COURT:  What's the reason I should reset
19 it, since they complied with my requirement, frankly,
20 the law's requirement, that they no longer defend any
21 foreclosure?
22     And they're on notice, any future cases, I
23 will not be so willing to discharge the order to show
24 cause.
25     MR. DIAZ:  Because, your Honor, in this case

1  the factual scenario is we provided them notice in
2  February of this year of their client's election to
3  surrender the property.  Despite providing them with
4  notice -- and this is outlined in our response to
5  their -- our reply to their response, they continue to
6  litigate this case.  They took depositions.  They did
7  nothing until we came to this Court, when your Honor
8  entered the order to show cause.
9          The order to show cause was ordered because
10 we requested sanctions for providing them sufficient
11 notice.  We also provided them notice when we filed
12 the motion to compel in this case.  We provided them
13 through e-service -- because they weren't a party to
14 this case, this is the Ticktin Law Group, provided
15 them notice, and it was up to your Honor to actually
16 enter the orders for us to get any movement from them.
17         And the order to show cause is simply to
18 resolve our issue of sanctions that your Honor
19 deferred on, and that's why they -- the order to show
20 cause was entered.
21         THE COURT:  I'm going to deny your motion
22 without prejudice to you seeking appropriate
23 attorneys' fees in the state court.  You've got my
24 order, and if the state court agrees with me, because
25 that's really where the fees were incurred, the state

1  court can award the appropriate sanctions.
2         MR. DIAZ:  Respectfully, your Honor, the
3  majority of the fees were in this case, for filing the
4  motion to reopen, were the fees incurred for this
5  court, and then the responses to their motion that was
6  filed in this court.
7         THE COURT:  So it's not for all the discovery
8  and all the actions in the state court?
9         MR. DIAZ:  For what we're limiting it in this
10 case, before your Honor, is what we had to incur in
11 Bankruptcy Court, which was substantial, your Honor,
12 to have to get them to comply with the order.
13        MR. SPINDEL:  Judge, I would like to point
14 out, that although they say that they gave due notice
15 to my client, in fact, the notice was never given to
16 the designated e-mail address for the state court
17 litigation.  There was an e-mail or two that went to
18 my client's general e-mail address.  My client has six
19 or seven offices, 25 lawyers, gets hundreds of e-mails
20 every day, Judge.
21        The e-mails concerning what happened back in
22 March should have gone directly to Mr. Vatter's
23 designated e-mail address in order to be answered.  It
24 didn't, Judge, and the one e-mail that was read gave
25 us 48 hours after some five years of litigation,

1  Judge.
2        You talked earlier about notice in this
3  Court.  We had no notice, the Ticktin Law Group, of
4  surrender of the property, until five years of
5  litigation had ensued.  And, therefore, Judge, the
6  minute that we did get effective notice, under the
7  rules and under the constitution, we complied.
8        THE COURT:  How much in fees are you talking
9  about?
10       MR. DIAZ:  Your Honor, the fees --
11       THE COURT:  To reopen a case, to file the
12 motion for order to show cause.
13       MR. DIAZ:  To file the motion for the order
14 to show cause and to reopen the case, it was two-sixty
15 for the reopening costs.
16       THE COURT:  Fees.
17       MR. DIAZ:  And it was a thousand seventy-five
18 to file the motion to compel.
19       And just -- your Honor, another reason why
20 this is important, we did provide them notice, and in
21 response to that notice, we received a settlement
22 request from them.  I'm not going to disclose what it
23 said, but it was a conditional settlement.  And the
24 other cases I have with me with the Ticktin Law Group
25 regarding surrender of property, they have not

1  complied with courts' orders.  They haven't ceased
2  defending those actions.  So I believe the order to
3  show cause has merit --
4            THE COURT:  Well, I'm telling you now, if
5  you're still defending cases where you are on notice
6  that the debtors have surrendered the property, I will
7  entertain orders to show cause and sanction your firm
8  for continuing to file pleadings defending those
9  actions, because the case law is clear that your
10 client has no right to do that.
11           MR. SPINDEL:  Well, Judge --
12           The COURT:  Now you're on notice.  I
13 understand that what happened here is there was no
14 notice to you for five years.  I understand that.
15           UNIDENTIFIED SPEAKER:  Which basically caused
16 us to have to litigate and incur a tremendous amount
17 of attorneys' fees that could have been dealt with
18 five years earlier.
19           THE COURT:  I don't dis --
20           UNIDENTIFIED SPEAKER:  And if somebody is at
21 a loss and if somebody has been harmed here, it was
22 us, when after five years we get told, "Hey, now you
23 have to give up on this case after you've litigated
24 for so long, because we held back from telling you
25 that -- that this property was surrendered. "

1     You know, if anyone is guilty of any
2 wrongdoing here, it's the bank for withholding that
3 information and having us expend all of these
4 attorneys' fees over all these years, so that now they
5 come here and actually ask us for sanctions, but --
6     THE COURT:  Wait, let me interrupt you.  For
7 the record, you need to state your name.
8     MR. TICKTIN:  I'm sorry, your Honor.  Peter
9 Ticktin.
10     THE COURT:  Thank you.
11     MR. TICKTIN:  And I would also add -- point
12 out, your Honor, that there are some cases that do
13 differ.  There was a decision that was alluded to in
14 the papers that were filed in this matter from Judge
15 Glenn in Jacksonville, where he speaks of surrender
16 simply being a notice provision.  There is a good
17 logical argument that basically says that the
18 surrender is not the way this Court does see it.
19     I would love to see this thing resolved
20 somehow, where we can take this up, because this
21 actually does effect a tremendous number of cases for
22 a tremendous number of lawyers, and, you know,
23 frankly, we don't necessarily agree.  What I've found
24 is that some of the lawyers for the banks have been
25 extremely cooperative in working with us to be able to

1  put these things in abeyance until we can get this
2  thing resolved on a higher level, but -- and perhaps
3  this is the case to do it.  I know that the Valle
4  (phonetic) is one which is -- which is being reviewed.
5  You know, unfortunately -- you know, I don't have much
6  say in writing the brief there or anything, but --
7         THE COURT:  But this --
8         MR. TICKTIN:  Hopefully, it'll get resolved.
9         THE COURT:  I'm going to deny the motion, and
10 the reason I'm denying it is, until -- it is a fair
11 observation that until I formerly entered an order,
12 there was a question as far as the cases in front of
13 me, what my view was.  I know Judge Kimball is clear
14 on his views, and I basically adopted his view and
15 Judge Williamson's view.
16        MR. DIAZ:  Judge Williamson recently entered
17 another order on this issue.
18        THE COURT:  I understand, and so until then,
19 I believe it is reasonable to not know my position.
20        MR. DIAZ:  And, your Honor, the reason I
21 respectfully disagree is because in this case we did
22 already -- these are the same parties that were in the
23 Fia (phonetic) case.  They were already apprised of
24 your Honor's position of this surrender issue before
25 we even came to this Court.  We still had to come to

1  this Court.  We still had to incur the fees, and,
2  quite frankly, when we advised them, we had a
3  conditional settlement offer.
4          THE COURT:  I'll tell you the other practical
5  issue I have, and that is, for me to resolve the
6  issue, I have to set it for evidentiary hearing.  You
7  all are going to spend five times the amount of fees
8  you're fighting about for me setting it for
9  evidentiary hearing.  I think it's a waste of you
10 all's time and effort.  But trust me if -- now that
11 they know, any case that I am -- any debtor that is my
12 case, they are now on notice, and I will have a
13 different view of things in those cases.  Okay.
14         And you've heard me loud and clear.
15         MR. TICKTIN:  I hear your Honor loud and
16 clear, and, you know, I'll tell you something, I don't
17 step on superman's cape --
18         THE COURT:  (Laughter.)  You know, Francis
19 Carter has a saying.  He says, "I'm about to grasp
20 victory out of -- (laughter), or grasp --
21         MR. TICKTIN:  Defeat out of the jaws of
22 victory.
23         THE COURT:  Defeat out of the jaws of
24 victory.
25         MR. TICKTIN:  Yeah.

1          THE COURT:  So you probably should just be
2    quiet, but you have a right to appeal any -- you had a
3    right to appeal my original decision.
4          I don't mind if people appeal my decision.  I
5    don't take it personally.  And so if you don't like my
6    ruling on these things, appeal me.
7          MR. SPINDEL:  Judge, who is going to do the
8    order.
9          MR. DIAZ:  Yeah, the issue with this is the
10   appeal was actually -- there was an order to show
11   cause entered by the District Court, because in the
12   original order from your Honor, it reserved ruling for
13   sanctions for the order to show cause.  I believe we
14   can enter an order at this time that the Court is --
15         THE COURT:  Denying the sanctions.
16         MR. DIAZ:  -- denying the motion for
17   sanctions, and then we can proceed if they want to
18   appeal.
19         THE COURT:  Fine.  That's up to -- and I
20   believe in the American judicial system.  I rule,
21   there's an appeal.  They may disagree.  They may
22   agree.
23         MR. SPINDEL:  So, Judge, if I may draft an
24   order on the motion to reset the hearing on the order
25   to show cause.

1  THE COURT: And denying sanctions.
2  MR. SPINDEL: And denying sanctions.
3  THE COURT: Yes, sir.
4  MR. SPINDEL: Thank you very much.
5  THE COURT: You're welcome.
6  MR. SPINDEL: Have a good day.
7  THE COURT: You too.
8  (Whereupon, the hearing was concluded.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1                       CERTIFICATE

2

3   STATE OF FLORIDA:
    COUNTY OF PALM BEACH:

4

5           I, Anna M. Meagher, Shorthand Reporter and

6   Notary Public for the State of Florida at Large, do

7   hereby certify that the foregoing proceedings were

8   taken before me, in the cause, at the time and place,

9   and in the presence of the Court and counsel as stated

10  in the caption hereto on Page 1 hereof; that the

11  foregoing computer-assisted transcription, consisting

12  of pages numbered 1 through 14, inclusive, is a true

13  and accurate record of my Stenographic notes taken at

14  said proceedings.

15          I further certify that I am not of counsel, I

16  am not related to nor employed by any attorney in this

17  case.

18          Dated this 7th day of July 2015.

19

20                              _____

21  My Commission Expires:   Anna M. Meagher, Notary Public
    January 8, 2017          State of Florida at Large
22  Commission #EE852439

23

24

25